IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALFRED HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv607-MHT |
| | ) | (WO) |
| JACKIE BENNETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff, a state prisoner, filed this lawsuit against a court reporter, Alabama's mental-health agency, and the Alabama Department of Correction's health-services division seeking to obtain a free transcript of his criminal trial due to indigence, and complaining of his inability to pay for a copy of his inmate health records and to obtain his mental-health records.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of January, 2016.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE